UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LIEM DUY NGUYEN,

Defendant.

Case No: 22-CR-168 (1) (PJS/TNL)

**DEFENDANT'S MOTION FOR DOWNWARD VARIANCE**

The Defendant, LIEM DUY NGUYEN, by and through the undersigned counsel, hereby moves the Court pursuant to 18 U.S.C. §3553(a) for a downward variance from the otherwise applicable advisory guidelines range under the United States Sentencing Guidelines and asks that the Court impose a sentence of imprisonment of 40 months. The grounds for this motion are set forth in defendant's sentencing memorandum.

Respectfully submitted,

DATED: July 10, 2023

GOETZ & ECKLAND P.A.

By: *s/Frederick J. Goetz*

FREDERICK J. GOETZ
Attorney Registration No. 185425
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552
ATTORNEY FOR DEFENDANT