# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Liem Duy Nguyen,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 22-CR-0168 (PJS/TNL)
Date: November 6, 2023
Court Reporter: Paula Richter
Courthouse: Minneapolis
Courtroom: 15
Time Commenced: 9:04 a.m.
Time Concluded: 9:18 a.m.
Sealed Hearing Time:
Time in Court: Hours & 14 Minutes

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Bradley Endicott
For Defendant: Frederick Goetz ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | 70 months | | 2 years | | |

Said terms to run ☐ concurrently ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:

- ☐ Fine in the amount of $.
- ☐ Restitution in the amount of $.
- ☐ Costs of prosecution in the amount of $ to be paid .
- ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is ☐ granted ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket nos. 105, 107, 108 shall be unsealed at the time judgment is entered.
☒ Docket nos. 103, 104, 106 shall remain sealed until 11/6/2033.

s/C. Glover
Courtroom Deputy